IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CECIL RAY HARDEN ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. 3:10-cv-779 |
| ) | |
| v. ) | |
| ) | JUDGE SHARP |
| ALLIEDBARTON SECURITY ) | |
| SERVICE ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO STAY DEADLINES PENDING COURT'S RULING ON SUMMARY JUDGMENT MOTION**

COME NOW Plaintiff Cecil Ray Harden and Defendant AlliedBarton Security Services, LLC ("AlliedBarton") and file this Joint Motion to Stay Deadlines Pending the Court's Ruling on AlliedBarton's Summary Judgment Motion. AlliedBarton filed a Motion for Summary Judgment in this action on March 16, 2012. (Docs. 45-48). The parties completed briefing the motion on May 10, 2012, and the motion is currently pending before the Court. The matter is currently set for trial on August 14, 2012. Pretrial motions in limine are due July 9; numerous other pretrial filings are due July 18. A pretrial conference is scheduled for July 23.

Courts may amend the schedule established in a case management order for good cause. Fed. R. Civ. P. 16(b). Here, resolution of AlliedBarton's summary judgment motion could resolve all of the outstanding issues in this case and obviate the need for a trial. Alternatively, granting partial summary judgment for AlliedBarton would simplify the issues for trial. Obviously, to proceed with the pretrial matters in this case (which include required disclosures, a proposed pretrial order, a proposed jury instructions form