UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CECIL RAY HARDEN | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-00779 |
| | ) | Judge Sharp |
| ALLIEDBARTON SECURITY SERVICE | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 45) filed by Defendant Allied Barton Security Service is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff Cecil Ray Harden's failure to promote claims, and his claim that he was terminated in retaliation for participating in an Equal Employment Opportunity Commission investigation, but DENIED with respect to Plaintiff's claim that he was terminated on the basis of his race. A final pretrial conference on that remaining claim will be held on Monday, September 30, 2013, at 1:30 p.m. with the jury trial to commence at 9:00 a.m. on Tuesday, October 15, 2013.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE