# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CECIL RAY HARDEN ) | |
| ) | |
| v. ) | NO. 3:10-0779 |
| ) | JUDGE SHARP |
| ALLIED BARTON SECURITY SERVICES ) | |
| ) | |

## O R D E R

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 70) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*(signed)* Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE